# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

**ORIGINAL**

TO: Gregory Denston   SBI#: 146692

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: March 22, 2005

05-492
FILED
JUL 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of September 1, 2004 to February 28, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | 7.64 |
| Oct | 15.35 |
| Nov | 7.43 |
| Dec | 23.00 |
| Jan | 9.89 |
| Feb | 31.77 |

Average daily balances/6 months: 15.67

Attachments
CC: File

Stacy Shane
3/22/05

Mik Linde
Notary public
3/23/05