Form 498                                (OFFL ADDR)

**STATE OF DELAWARE FAMILY COURT: NEW CASTLE COUNTY**
500 N. KING ST., WILMINGTON, DE 19801-3742
**CIVIL SUMMONS**
**PETITION FOR TERMINATION OF PARENTAL RIGHTS**

| FAULCONER, JULIE L. | SHANNON, JOSEPH S. | FILE: 02-05-05TN |
| FAULCONER, LOREN R. | | CASE: 02-14166 |
| PETITIONER(S) | ATTORNEY(S) | |

VS.

ADAMS, AMY
DENSTON, GREGORY A.
RESPONDENT(S)                    ATTORNEY(S)

TO: GREGORY A. DENSTON
    1181 PADDOCK ROAD
    DELAWARE CORRECTIONAL CENTER
    SMYRNA DE 19977

---

ATTENTION: AMY ADAMS AND GREGORY DENSTON
You have been named as the respondent in the attached pleading which has been filed in Family Court. Please read the following statements carefully:

1. You are required by Family Court Civil Rules to file an Answer within twenty (20) days of the receipt of this pleading. Failure to file an answer may result in the entry of a default judgment against you.

2. Your Answer must contain responses to each of the allegations and in the same order as they appear on the pleading.

3. You are required to serve the petitioner's attorney or the petitioner, if not represented, with a copy of your Answer.

4. You will receive a written notice advising you of the date and time you are to appear in Family Court once you have filed your Answer.

5. You must report any change of address to the Court. Failure to report a change of address, or to appear when scheduled, may result in a default judgment or the issuance of a capias for your arrest.

6. If the attached pleading involves CUSTODY or VISITATION, you will also find the Preliminary Injunction Order in Custody or Visitation which is issued against both parties to the action.

**WITNESS THE JUDGES of the Family Court of the State of Delaware, this date**

01/14/2003            TAHIRA MASOOD
Date Issued           Clerk of Court

                              CFCTMAS  01/14/2003

Exh. E