IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| GREGORY A. DENSTON | & | |
| (INMATE # 168692 ) | & | |
| PLAINTIFF | & | |
|  | & | |
| V. | & | CASE# 1:05-CV-492-GMS |
| WILLIAM L. CHAPMAN | & | |
| PATRICIA TATE STEWART | & | |
| JULIE LORRINE FAULCONER | & | |
| LORREN RILEY FAULCONER | & | |
| JOS SCOTT SHANNON | & | |
| QUINNIN WATSON | & | |
| JOHN DOE,S ONE,TWO,THREE | & | |
| VINCENT J. POPPITI | & | |
| DEFENDANTS | & | |



FILED
JUL 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION NOTICE OF INTENT

THE PLAINTIFF GREGORY A. DENSTON, WOULD LIKE TO PRESENT THIS MOTION TO THE HONORABLE COURT FOR CONSIDERATION AS PER DISTRICT COURT RULE (16.1) ( COMPLEX CASES ).

THE ABOVE CASE IS AN INJUNCTIVE AND DECLARATORY RELIEF COMPLAINT UNDER 42U.S.C.1983. THE PLAINTIFF HAS SEVERAL DEFENDANTS AND ALSO HAS PRESENTED TO THE HONORABLE COURT SEVERAL NUMBER OF LEGAL ISSUES. THE PLAINTIFF IS PRESENTLY INCARCERATED AND INDIGENT. DUE TO THE FUNDAMENTAL FAIRNESS OF THE JUDICAL SYSTEM AND DUE PROCESS OF THE U.S. CONSTITUTION, THE PLAINTIFF ALSO PRAYS FOR THE HONORABLE COURT TO APPOINT HIM COUNSEL.

DATED. JULY 26 TH, 2005

GREGORY A. DENSTON
SBI # 168692  UNIT s-1
DELAWARE CORRECTIONAL CENTER

1181 paddock road

SMYRNA, DELAWARE    19977

## Certificate of Service

I, _GREGORY DENSTON_, hereby certify that I have served a true and correct cop(ies) of the attached: _MOTION NOTICE OF INTENT APPOINTMENT OF COUNSEL_ upon the following parties/person (s):

TO: _UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE_
_CLERK OF THE COURT_
_844 KING STREET_
_LOCKBOX #18_
_WILMINGTON, DELAWARE_
_19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _26TH_ day of _JULY_, 2005

