## Other Orders/Judgments

1:05-cv-00492-GMS Denston v. Chapman et al

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from asw, entered on 8/2/2005 at 4:12 PM EDT and filed on 8/2/2005
**Case Name:** Denston v. Chapman et al
**Case Number:** 1:05-cv-492
**Filer:**
**Document Number:** 4

**Docket Text:**
ORDER granting Motion to Proceed IFP. Filing Fee of $250.00 Assessed. Plaintiff shall return a complete certified copy of his trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official at the institution at which the plaintiff is confined within 30 days. Failure to return the requested information shall result in dismissal of action without prejudice. (Copy to pltf.) Notice of Compliance deadline set for 9/1/2005. Signed by Judge Gregory M. Sleet on 8/2/05. (asw, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=8/2/2005] [FileNumber=78920-0] [
2544aaab0c32eca0aeeff82413c55dfb94a0dac7d437aa91ff4beb0c86c35446898cce
451ff584bb0be9bae6c0828013dbd1b67720b8c23628ff6de6a8d37ab6]]

**1:05-cv-492 Notice will be electronically mailed to:**

**1:05-cv-492 Notice will be delivered by other means to:**

Gregory A. Denston
SBI# 168692
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977