# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05-492 (GMS)

TO: Greg Denston    SBI#: 161692

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: August 9, 2005

FILED
AUG 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of February 1, 2005 to July 31, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Feb | 31.77 |
| March | 40.30 |
| April | 28.04 |
| May | 15.06 |
| June | 27.08 |
| July | 18.84 |

Average daily balances/6 months: 26.79

Attachments
CC: File

Stacy Shane
8/9/05

Notary public
[signature]
8/10/05

# Individual Statement

Date Printed: 8/9/2005

Page 1 of 1

## For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $21.15 |
|---|---|---|---|---|---|---|
| 00168692 | Denston | Gregory | | | | |
| Current Location: | S1 | | Comments: | NSP | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 2/1/2005 | $78.02 | $0.00 | $0.00 | $99.17 | 62916 | | | |
| Canteen | 2/8/2005 | ($74.52) | $0.00 | $0.00 | $24.65 | 66198 | | | |
| Canteen | 2/15/2005 | ($23.02) | $0.00 | $0.00 | $1.63 | 68998 | | PI12/24-1/23 | |

Ending Mth Balance: $1.63

# Individual Statement

## For Month of March 2005

Date Printed: 8/9/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.63 |
|---|---|---|---|---|---|---|
| 00168692 | Denston | Gregory | | | | |
| Current Location: | S1 | | Comments: NSP | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 3/1/2005 | $78.57 | $0.00 | $0.00 | $80.20 | 75097 | | | |
| Mail | 3/7/2005 | $20.00 | $0.00 | $0.00 | $100.20 | 77852 | 41597732613-9053 | PRISON INDUSTRIES | I DENSTON |
| Canteen | 3/8/2005 | ($21.19) | $0.00 | $0.00 | $79.01 | 78362 | | | |
| Canteen | 3/15/2005 | ($27.33) | $0.00 | $0.00 | $51.68 | 80871 | | | |
| Pay-To | 3/17/2005 | ($50.00) | $0.00 | $0.00 | $1.68 | 82460 | | M WILLIAMS | |
| Canteen | 3/22/2005 | ($1.38) | $0.00 | $0.00 | $0.30 | 83797 | | | |

Ending Mth Balance: $0.30

# Individual Statement

Date Printed: 8/9/2005                                          Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.30 |
|---|---|---|---|---|---|---|
| 00168692 | Denston | Gregory | | | | |

Current Location: S1       Comments: NSP

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 4/1/2005 | $95.41 | $0.00 | $0.00 | $95.71 | 88283 | | P 1 2/24-3/23 | |
| Canteen | 4/5/2005 | ($60.78) | $0.00 | $0.00 | $34.93 | 89900 | | | |
| Canteen | 4/12/2005 | ($19.56) | $0.00 | $0.00 | $15.37 | 92819 | | | |
| Mail | 4/14/2005 | $20.00 | $0.00 | $0.00 | $35.37 | 94390 | 000363370 | | I. DESTON |
| Canteen | 4/19/2005 | ($34.84) | $0.00 | $0.00 | $0.53 | 95907 | | | |

Ending Mth Balance: $0.53

# Individual Statement

Date Printed: 8/9/2005

## For Month of May 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.53 |
|---|---|---|---|---|---|---|
| 00168692 | Denston | Gregory | | | | |
| Current Location: | S1 | | | | | |

Comments: NSP

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 5/2/2005 | $71.79 | $0.00 | $0.00 | $72.32 | 100940 | | | |
| Canteen | 5/3/2005 | ($44.24) | $0.00 | $0.00 | $28.08 | 101866 | | | |
| Canteen | 5/10/2005 | ($27.01) | $0.00 | $0.00 | $1.07 | 104885 | | | |
| Mail | 5/26/2005 | $30.00 | $0.00 | $0.00 | $31.07 | 112039 | 753275742 | PRISON INDUSTRIES | I DENSTON |

Ending Mth Balance: $31.07

# Individual Statement

Date Printed: 8/9/2005                                                                 Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $31.07 |
|---|---|---|---|---|---|---|
| 00168692 | Denston | Gregory | | | | |
| Current Location: | S1 | | Comments: NSP | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 6/1/2005 | ($28.85) | $0.00 | $0.00 | $2.22 | 114080 | | | |
| Misc Wage | 6/1/2005 | $87.98 | $0.00 | $0.00 | $90.20 | 114248 | | PRISON INDUSTRIES | |
| Canteen | 6/7/2005 | ($67.86) | $0.00 | $0.00 | $22.34 | 117033 | | | |
| Canteen | 6/14/2005 | ($6.39) | $0.00 | $0.00 | $15.95 | 119753 | | | |
| Canteen | 6/21/2005 | ($15.62) | $0.00 | $0.00 | $0.33 | 122182 | | | |
| | | | | Ending Mth Balance: | $0.33 | | | | |

# Individual Statement

Date Printed: 8/9/2005  
Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | | |
|---|---|---|---|---|---|---|---|---|
| 00168692 | Denston | Gregory | | | $0.33 | | | |
| Current Location: | S1 | | | Comments: NSP | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 7/1/2005 | $79.25 | $0.00 | $0.00 | $79.58 | 126781 | | | |
| Canteen | 7/6/2005 | ($67.98) | $0.00 | $0.00 | $11.60 | 128197 | | | |
| Mail | 7/8/2005 | $25.00 | $0.00 | $0.00 | $36.60 | 129985 | 418188996 | | IDENSON |
| Canteen | 7/12/2005 | ($35.78) | $0.00 | $0.00 | $0.82 | 130533 | | PRISON INDUSTRIES | |

Ending Mth Balance: $0.82