```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF DELAWARE
```

Gregory Denston                    )
                                   )
        Plaintiff,                 )
                                   )
    v.                             ) Civil Action No.  05-492 GMS
                                   )
WILLIAM L. CHAPMAN, PATRICIA       )
TATE STEWART, JULIE LORRAINE       )
FAULCONER, LORREN RILEY            )
FAULCONER, QUINNIN WATSON,         )
JOS. SCOTT SHANNON, JOHN DOE       )
ONE, JOHN DOE TWO, JOHN DOE        )
THREE, and VINCENT J.              )
POPPITTI,                          )
                                   )
        Defendant(s).              )



**AUTHORIZATION**

I, Gregory Denston, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $19.53 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _August 26_, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: ___SEPTEMBER 7TH___, 2005.

_____
Name of Plaintiff

I/M GREG DEASTON
SBI# 168668   UNIT S.1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"LEGAL MAIL"

ATT TO: CLERK OF
THE COURT

CIVIL ACTION NO. 05-498 GMS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
844 KING STREET
LOCKBOX #18
WILMINGTON, DELAWARE 19801