NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: CIV. NO. 05-492-GMS

GREGORY A. DENSTON, PLAINTIFF

v.

DISTRICT COURT
JUDGE: HONORABLE
GREGORY M. SLEETS

WILLIAM L. CHAPMAN et al., DEFENDANTS

Notice is hereby given that   GREGORY A. DENSTON
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order,

[X] Other (specify) DENIAL OF CIVIL LAWSUIT PURSUANT 42 U.S.C. & 1983

entered in this action on   FEB. 1ST, 2006
(date)

Dated: FEB 7TH, 2006

FILED
FEB 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____ PRO SE.
(Counsel for Appellant-Signature)

SBI# 168692

GREGORY A. DENSTON, PRO-SE.
(Name of Counsel - Typed)

DELAWARE CORRECTIONAL CENTER
(Address)

1181 PADDOCK ROAD
(City, State Zip)

SMYRNA, DELAWARE 19977
XXXXXXXXXXX

(Counsel for Appellee)

(Address)

(City, State Zip)

(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

# Certificate of Service

I, GREGORY A. DENSTON, hereby certify that I have served a true And correct cop(ies) of the attached: NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS, THIRD CIRCUIT upon the following parties/person (s): DENIAL OF CIVIL LAWSUIT PURSUANT 42 U.S.C § 1983

TO: CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
844 KING STREET, LOCKBOX #18
WILMINGTON, DELAWARE 19801

TO: _____

TO: CLERK OF THE COURT
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
UNITED STATES COURT HOUSE
601 MARKET STREET
PHILADELPHIA, PA. 19106

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 7TH day of FEB., 2006

_____ [signature: Gregory A. Denston]



I/M GREG DENISON
SBI# 166668  UNIT B-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
844 KING STREET - LOCKBOX #18
WILMINGTON, DE 19801