GREGORY A. DENSTON

SBI#168692    UNIT S-1

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE    19977

FEB. 8TH, 2007

CLERK OF THE COURT

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF DELAWARE

J. CALEB BOGGS BUILDING

844 KING STREET

WILMINGTON, DELAWARE 19801

05-492(GMS)



FILED
FEB - 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

DEAR COURT CLERK,

I GREGORY A. DENSTON WOULD LIKE FOR YOU TO PLEASE REVIEW THE ENCLOSED COPIES FOR THE PAYMENTS I,VE MADE TO THE HONORABLE COURT FOR A CIVIL RIGHTS ACT 42 U.S.C. & 1983.

CASE NAME DENSTON V. CHAPMAN , CASE NUMBER 1;05-CV-492.

THIS CASE WAS PRESENTED TO THE COURT ON JULY 11 TH,2005 AND CASE WAS CLOSED ON FEB.1ST, 2006.

I HAVE ALREADY PAID THE $250.00 FILING FEE ( COPIES ENCLOSED).

I AM STILL EXPERICENING PROBLEMS WITH THE INSTITUTION SENDING THE HONORABLE COURT OVER PAYMENTS FOR THIS CASE. I WOULD KINDLY LIKE TO BE REINBURSED FOR A TOTAL OF $36.08 THIRTY SIX DOLLARS AND EIGHT CENTS DO TO OVER PAYMENT OF THE ABOVE CASE. AND I WOULD KINDLY REQUEST THE COURT SEND THE INSTITUTION A STOP PAYMENT LETTER.

THANK YOU,
Gregory A. Denston

```
MIME-Version:1.0
From:ded_nefreply@ded.uscourts.gov
To:ded_ecf@ded.uscourts.gov
Bcc:aina_laws@ca3.uscourts.gov,gms_nef@ded.uscourts.gov
Message-Id:<293157@ded.uscourts.gov>
Subject:Activity in Case 1:05-cv-00492-GMS Denston v. Chapman et al "Partial Filing
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from rpg, entered on 10/26/2006 at 10:53 AM EDT and filed on 10/25/2006

**Case Name:**     Denston v. Chapman et al
**Case Number:**  1:05-cv-492
**Filer:**        Gregory A. Denston
**WARNING: CASE CLOSED on 02/01/2006**
**Document Number:**

**Docket Text:**
Partial Filing Fee Received from Gregory A. Denston: $ 18.76, receipt number 145176 (copy to business office) (rpg, )

The following document(s) are associated with this transaction:

**1:05-cv-492 Notice will be electronically mailed to:**

**1:05-cv-492 Notice will be delivered by other means to:**

Gregory A. Denston
SBI# 168692
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**Other Events**
1:05-cv-00492-GMS Denston v. Chapman et al **CASE CLOSED on 02/01/2006**

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rbe, entered on 9/15/2006 at 4:14 PM EDT and filed on 9/15/2006
**Case Name:**      Denston v. Chapman et al
**Case Number:**   1:05-cv-492
**Filer:**          Gregory A. Denston
**WARNING: CASE CLOSED on 02/01/2006**
**Document Number:**

**Docket Text:**
Partial Filing Fee Received from Gregory A. Denston: $ 22.32, receipt num^
business office) (rbe, )

The following document(s) are associated with this transaction:

**1:05-cv-492 Notice will be electronically mailed to:**

**1:05-cv-492 Notice will be delivered by other means to:**

Gregory A. Denston
SBI# 168692
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## Other Events
1:05-cv-00492-GMS Denston v. Chapman et al **CASE CLOSED on 02/01/2006**

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rbe, entered on 8/16/2006 at 1:58 PM EDT and filed on 8/15/2006
**Case Name:**      Denston v. Chapman et al
**Case Number:**    1:05-cv-492
**Filer:**          Gregory A. Denston
**WARNING: CASE CLOSED on 02/01/2006**
**Document Number:**

**Docket Text:**
Partial Filing Fee Received from Gregory A. Denston: $ 20.70, receipt number 144417 (copy to DCC business office) (rbe, )

The following document(s) are associated with this transaction:

**1:05-cv-492 Notice will be electronically mailed to:**

**1:05-cv-492 Notice will be delivered by other means to:**

Gregory A. Denston
SBI# 168692
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## Other Events
1:05-cv-00492-GMS Denston v. Chapman et al **CASE CLOSED on 02/01/2006**

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rpg, entered on 6/16/2006 at 4:35 PM EDT and filed on 6/16/2006
**Case Name:**      Denston v. Chapman et al
**Case Number:**    1:05-cv-492
**Filer:**          Gregory A. Denston
**WARNING: CASE CLOSED on 02/01/2006**
**Document Number:**

**Docket Text:**
Partial Filing Fee Received from Gregory A. Denston: $ 17.07, receipt number 143824 (copy to business office) (rpg, )

The following document(s) are associated with this transaction:

**1:05-cv-492 Notice will be electronically mailed to:**

**1:05-cv-492 Notice will be delivered by other means to:**

Gregory A. Denston
SBI# 168692
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## Other Events
1:05-cv-00492-GMS Denston v. Chapman et al **CASE CLOSED on 02/01/2006**

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rpg, entered on 6/8/2006 at 9:19 AM EDT and filed on 6/8/2006
**Case Name:**      Denston v. Chapman et al
**Case Number:**    1:05-cv-492
**Filer:**          Gregory A. Denston
**WARNING: CASE CLOSED on 02/01/2006**
**Document Number:**

**Docket Text:**
Partial Filing Fee Received from Gregory A. Denston: $ 6.21, receipt number 143718 (copy to business office) (rpg, )

The following document(s) are associated with this transaction:

**1:05-cv-492 Notice will be electronically mailed to:**

**1:05-cv-492 Notice will be delivered by other means to:**

Gregory A. Denston
SBI# 168692
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## Other Events
1:05-cv-00492-GMS Denston v. Chapman et al **CASE CLOSED on 02/01/2006**

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rbe, entered on 5/18/2006 at 4:53 PM EDT and filed on 5/18/2006
**Case Name:**     Denston v. Chapman et al
**Case Number:**   1:05-cv-492
**Filer:**         Gregory A. Denston
**WARNING: CASE CLOSED on 02/01/2006**
**Document Number:**

**Docket Text:**
Partial Filing Fee Received from Gregory A. Denston: $ 20.68, receipt number 143523 (copy to business office) (rbe, )

The following document(s) are associated with this transaction:

**1:05-cv-492 Notice will be electronically mailed to:**

**1:05-cv-492 Notice will be delivered by other means to:**

Gregory A. Denston
SBI# 168692
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## Other Events
1:05-cv-00492-GMS Denston v. Chapman et al **CASE CLOSED on 02/01/2006**

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rbe, entered on 5/5/2006 at 11:09 AM EDT and filed on 5/4/2006
**Case Name:** Denston v. Chapman et al
**Case Number:** 1:05-cv-492
**Filer:** Gregory A. Denston
**WARNING: CASE CLOSED on 02/01/2006**
**Document Number:**

**Docket Text:**
Partial Filing Fee Received from Gregory A. Denston: $ 13.37, receipt number 143325 (copy to business office) (rbe, )

The following document(s) are associated with this transaction:

**1:05-cv-492 Notice will be electronically mailed to:**

**1:05-cv-492 Notice will be delivered by other means to:**

Gregory A. Denston
SBI# 168692
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## Other Events
1:05-cv-00492-GMS Denston v. Chapman et al **CASE CLOSED on 02/01/2006**

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rbe, entered on 3/16/2006 at 11:29 AM EST and filed on 3/16/2006
**Case Name:** Denston v. Chapman et al
**Case Number:** 1:05-cv-492
**Filer:** Gregory A. Denston
**WARNING: CASE CLOSED on 02/01/2006**
**Document Number:**

**Docket Text:**
Partial Filing Fee Received from Gregory A. Denston: $ 14.39, receipt number 142765 (copy to business office) (rbe, )

The following document(s) are associated with this transaction:

**1:05-cv-492 Notice will be electronically mailed to:**

**1:05-cv-492 Notice will be delivered by other means to:**

Gregory A. Denston
SBI# 168692
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## Other Events

1:05-cv-00492-GMS Denston v. Chapman et al **CASE CLOSED on 02/01/2006**

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rbe, entered on 2/21/2006 at 8:55 AM EST and filed on 2/17/2006
**Case Name:**     Denston v. Chapman et al
**Case Number:**   1:05-cv-492
**Filer:**         Gregory A. Denston
**WARNING: CASE CLOSED on 02/01/2006**
**Document Number:**

**Docket Text:**
Partial Filing Fee Received from Gregory A. Denston: $ 20.58, receipt number 142406 (copy to business office) (rbe, )

The following document(s) are associated with this transaction:

**1:05-cv-492 Notice will be electronically mailed to:**

**1:05-cv-492 Notice will be delivered by other means to:**

Gregory A. Denston
SBI# 168692
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## Other Events
1:05-cv-00492-GMS Denston v. Chapman et al **CASE CLOSED on 02/01/2006**


### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rbe, entered on 2/21/2006 at 9:04 AM EST and filed on 2/17/2006
**Case Name:** Denston v. Chapman et al
**Case Number:** 1:05-cv-492
**Filer:** Gregory A. Denston
**WARNING: CASE CLOSED on 02/01/2006**
**Document Number:**

**Docket Text:**
Partial Filing Fee Received from Gregory A. Denston: $ 20.17, receipt number 142405 (copy to business office) (rbe, )

The following document(s) are associated with this transaction:


**1:05-cv-492 Notice will be electronically mailed to:**

**1:05-cv-492 Notice will be delivered by other means to:**

Gregory A. Denston
SBI# 168692
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## Other Events
1:05-cv-00492-GMS Denston v. Chapman et al

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rbe, entered on 1/23/2006 at 10:56 AM EST and filed on 1/20/2006
**Case Name:** Denston v. Chapman et al
**Case Number:** 1:05-cv-492
**Filer:** Gregory A. Denston
**Document Number:**

**Docket Text:**
Partial Filing Fee Received from Gregory A. Denston: $ 5.56, receipt number 141989 (copy to business office) (rbe, )

The following document(s) are associated with this transaction:

**1:05-cv-492 Notice will be electronically mailed to:**

**1:05-cv-492 Notice will be delivered by other means to:**

Gregory A. Denston
SBI# 168692
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## Other Events
1:05-cv-00492-GMS Denston v. Chapman et al

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rbe, entered on 1/23/2006 at 10:57 AM EST and filed on 1/20/2006

**Case Name:** Denston v. Chapman et al
**Case Number:** 1:05-cv-492
**Filer:** Gregory A. Denston
**Document Number:**

**Docket Text:**
Partial Filing Fee Received from Gregory A. Denston: $ 16.77, receipt number 141990 (copy to business office) (rbe, )

The following document(s) are associated with this transaction:

**1:05-cv-492 Notice will be electronically mailed to:**

**1:05-cv-492 Notice will be delivered by other means to:**

Gregory A. Denston
SBI# 168692
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## Other Events
1:05-cv-00492-GMS Denston v. Chapman et al

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rbe, entered on 12/15/2005 at 5:01 PM EST and filed on 12/15/2005
**Case Name:** Denston v. Chapman et al
**Case Number:** 1:05-cv-492
**Filer:** Gregory A. Denston
**Document Number:**

**Docket Text:**
Partial Filing Fee Received from Gregory A. Denston: $ 20.00, receipt number 141540 (copy to business office) (rbe, )

The following document(s) are associated with this transaction:

**1:05-cv-492 Notice will be electronically mailed to:**

**1:05-cv-492 Notice will be delivered by other means to:**

Gregory A. Denston
SBI# 168692
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

```
MIME-Version:1.0
From:ded_nefreply@ded.uscourts.gov
To:ded_ecf@ded.uscourts.gov
Bcc:Ronald_Eberhard@ded.uscourts.gov,Marlene_Warrant@ded.uscourts.gov,gms_nef@ded.us
Message-Id:<101414@ded.uscourts.gov>
Subject:Activity in Case 1:05-cv-00492-GMS Denston v. Chapman et al "Initial Partial
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rbe, entered on 9/20/2005 at 2:26 PM EDT and filed on 9/20/2005

**Case Name:**       Denston v. Chapman et al
**Case Number:**   1:05-cv-492
**Filer:**                 Gregory A. Denston
**Document Number:**

**Docket Text:**
Initial Partial Filing Fee Received from Gregory A. Denston: $ 20.00, receipt number 140670 (rbe, )

The following document(s) are associated with this transaction:

**1:05-cv-492 Notice will be electronically mailed to:**

**1:05-cv-492 Notice will be delivered by other means to:**

Gregory A. Denston
SBI# 168692
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**Other Events**
1:05-cv-00492-GMS Denston v. Chapman et al

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rbe, entered on 10/17/2005 at 5:04 PM EDT and filed on 10/17/2005
**Case Name:**     Denston v. Chapman et al
**Case Number:**  1:05-cv-492
**Filer:**                Gregory A. Denston
**Document Number:**

**Docket Text:**
Partial Filing Fee Received from Gregory A. Denston: $ 20.00, receipt number 140895 (rbe, )

The following document(s) are associated with this transaction:

**1:05-cv-492 Notice will be electronically mailed to:**

**1:05-cv-492 Notice will be delivered by other means to:**

Gregory A. Denston
SBI# 168692
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**Receipt for Payment**
Bureau of Adult Corrections
State of Delaware

Institution: DCC     Trans #: 382067     Date: 2/2/2007

Funds were disbursed from
your account for legal fees:     Debited:     Bldg: S1
                                 ($2.34)     On Hold:
Resident: Denston, Gregory                   $0.00
SBI # 00168692
Source: Business Office [m]


**Receipt for Payment**
Bureau of Adult Corrections
State of Delaware

Institution: DCC     Trans #: 382066     Date: 2/2/2007

Funds were disbursed from
your account for legal fees:     Debited:     Bldg: S1
                                 ($27.16)    On Hold:
Resident: Denston, Gregory                   $0.00
SBI # 00168692
Source: Business Office [m]

"LEGAL MAIL"

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
J. CALEB BOGGS BUILDING
844 KING STREET
LOCKER BOX #18
WILMINGTON, DELAWARE 19801

I/M GREG DENSTON
SBI# 168668 UNIT 6.1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977