OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 12, 2007

Gregory A. Denston
SBI #168692
DCC
Smyrna, DE 19977

**RE:  Response to Your Letter dated Feb 8, 2007, Regarding Payment of Filing Fees in CA 05-492 GMS and Appeal No. 06-1579**

Dear Mr. Denston:

This is a response to your inquiry to the Clerk of Court regarding payments in the above noted cases, which include a civil case filed in U.S. District Court, and an appeal of the same to the U.S. Court of Appeals for the Third Circuit.

A copy of the Appeals Court's order granting your pauper status, assessing the appeal filing fees of $255.00, and a copy of this Court's financial ledger showing your payments for the same, are attached for your reference. Our records indicate that the case filing fee of $250.00, assessed 8/2/2005, was paid in full as of 2/8/2007.  The Court of Appeals assessed their filing fee on 3/20/2006, and has a current balance due of $212.66, payable in monthly payments to Clerk, U.S. District Court.

Sincerely,
/s/
PETER T. DALLEO
CLERK

cc:  CA 05-492 GMS
     CA 06-1579 Appeal case
     Financial Administrator, U.S. District Court

PRISONER LITIGATION LEDGER

DENSTON V. CHAPMAN, ET AL.

CA 05-492 CASE #1

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 8/2/2005 | | | | 250 |
| 9/20/2005 | 5100PL | 140670 | 20 | 230 |
| 10/17/2005 | 5100PL | 140895 | 20 | 210 |
| 12/15/2005 | 5100PL | 141540 | 20 | 190 |
| 1/5/2006 | 5100PL | 141752 | 2.84 | 187.16 |
| 1/20/2006 | 5100PL | 141989 | 5.56 | 181.6 |
| 1/20/2006 | 5100PL | 141990 | 16.77 | 164.83 |
| 2/17/2006 | 5100PL | 142405 | 20.17 | 144.66 |
| 2/17/2006 | 5100PL | 142406 | 20.58 | 124.08 |
| 3/16/2006 | 5100PL | 142765 | 14.39 | 109.69 |
| 6/7/2006 | 5100PL | 143718 | 6.21 | 103.48 |
| 6/16/2006 | 5100PL | 143824 | 17.07 | 86.41 |
| 8/15/2006 | 5100PL | 144417 | 20.7 | 65.71 |
| 9/15/2006 | 5100PL | 144766 | 5.71 | 60 |
| 9/15/2006 | 0869PL | 144766 | 16.61 | 43.39 |
| 10/25/2006 | 0869PL | 145176 | 18.76 | 24.63 |
| 11/7/2006 | 0869PL | 145321 | 2.98 | 21.65 |
| 1/23/2007 | 0869PL | 146164 | 0.44 | 21.21 |
| 2/8/2007 | 0869PL | 146392 | 21.21 | 0 |

DENSTON V. CHAPMAN

CA 05-492 APPEAL 06-1579

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 3/20/2006 | | | | 255 |
| 5/4/2006 | 5100PL | 143325 | 13.37 | 241.63 |
| 5/18/2006 | 5100PL | 143523 | 20.68 | 220.95 |
| 2/8/2007 | 5100PL | 146392 | 8.29 | 212.66 |
| | | | | 212.66 |
| | | | | 212.66 |
| | | | | 212.66 |
| | | | | 212.66 |
| | | | | 212.66 |

**FPS-215**                                                **DATE: March 16, 2006**

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. 06-1579**

Denston v. Chapman
(District of Delaware No. 05-cv-0492)

To: Clerk

   1)   Application to Proceed In Forma Pauperis

---

      The foregoing motion to proceed in forma pauperis is granted. Appellant is a prisoner and seeks to proceed in forma pauperis on appeal. Appellant is required to pay the full $255.00 fee in installments regardless of the outcome of the appeal. Appellant has completed and filed the required authorization form permitting the appropriate prison officials to assess, collect and forward to the District Court the filing and docketing fees for this appeal pursuant to 28 U.S.C. §§ 1915(b)(1) and (2). The Court hereby directs the warden or his or her designee to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the six month period immediately preceding the filing of the notice of appeal. The warden, or his or her designee, shall calculate, collect, and forward the initial payment assessed in this order to the United States District Court for the District of Delaware. In each succeeding month when the amount in the prisoner's account exceeds $10.00, the warden, or his or her designee, shall forward payments to the United States District Court for the District of Delaware equaling 20% of the preceding month's income credited to the prisoner's account until the fees are paid. Each payment shall reference the appellate docket number for this appeal. The appeal will be submitted to a panel of this court for determination under 28 U.S.C. § 1915(e)(2).

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: March 20, 2006
tmk/cc: Mr. Gregory A. Denston
       Atty Gen DE

GREGORY A. DENSTON

SBI#168692    UNIT S-1

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE    19977

FEB. 8TH, 2007

CLERK OF THE COURT

UNITED STATES DISTRICT COURT

    FOR  THE

DISTRICT OF DELAWARE

J. CALEB BOGGS BUILDING

844 KING STREET

WILMINGTON, DELAWARE 19801

05-492(Gms)



FILED

FEB - 9 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

DEAR COURT CLERK,

I GREGORY A. DENSTON WOULD LIKE FOR YOU TO PLEASE REVIEW THE ENCLOSED

COPIES FOR THE PAYMENTS I,VE MADE TO THE HONORABLE COURT FOR A CIVIL

RIGHTS ACT 42 U.S.C. & 1983.

CASE NAME DENSTON V. CHAPMAN , CASE NUMBER 1;05-CV-492.

THIS CASE WAS PRESENTED TO THE COURT ON JULY 11 TH,2005 AND CASE WAS

CLOSED ON FEB.1ST, 2006.

I HAVE ALREADY PAID THE $250.00 FILING FEE ( COPIES ENCLOSED).

I AM STILL EXPERICENING PROBLEMS WITH THE INSTITUTION SENDING THE

HONORABLE COURT OVER PAYMENTS FOR THIS CASE. I WOULD KINDLY LIKE

TO BE REINBURSED FOR A TOTAL OF $36.08 THIRTY SIX DOLLARS AND EIGHT

CENTS DO TO OVER PAYMENT OF THE ABOVE CASE. AND I WOULD KINDLY

REQUEST THE COURT SEND THE INSTITUTION A STOP PAYMENT LETTER.

THANK YOU,

Gregory A. Denston