CPS-339

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 06-1579
_____

GREGORY A. DENSTON,

Appellant

v.

WILLIAM L. CHAPMAN; PATRICIA TATE STEWART;
JULIE LORRAINE FAULCONER; LORREN RILEY FAULCONER;
JOS. SCOTT SHANNON; QUINNIN WATSON;
DOES 1-3; VINCENT POPPITI

_____

On Appeal From the United States District Court
For the District of Delaware
(D.C. Civ. No. 05-cv-00492)
District Judge: Honorable Gregory M. Sleet
_____

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B)
September 21, 2006

Before: BARRY, SMITH AND NYGAARD, <u>Circuit Judges</u>.


**JUDGMENT**
_____


This cause came on to be heard on the record from the United States District Court

for the District of Delaware and was submitted was submitted for possible dismissal

under 28 U.S.C. §1915(e)(2)(B). On consideration whereof, it is now here

ORDERED AND ADJUDGED by this court that the appeal is dismissed under 28 U.S.C. §1915(e)(2)(B). All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: October 10, 2006

**Certified as a true copy and issued in lieu of a formal mandate on April 2, 2007**

**Teste: /s/ Marcia M. Waldron**
**Clerk, U.S. Court of Appeals for the Third Circuit**

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk