OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 16, 2007

TO: Delaware Correctional Center
ATTN: Business Office
P.O. Box 500
Smyrna, DE 19977

RE: Refund Check for Inmate Filing Fees, U.S. Dist. Court,
DCC Check # 22003 (Gregory Denston, SBI# 168692)
CA 05-492 GMS

Enclosed is the above referenced check which is being returned to you due to an overpayment on the inmate's account balance. Our records indicate that the inmate's remaining balance is **$21.11**. Please find an enclosed balance sheet from our Finance Department to support this figure. We request that you reissue the check for the above amount.

Please contact me directly if you have a questions, at 302-573-6170.

Sincerely,

/rc

BY: _____
Bob Cruikshank
Deputy Clerk

PETER T. DALLEO
CLERK

Attachments

cc: The Honorable Gregory M. Sleet, CA 05-492 GMS
Financial Administrator
Pro Se Law Clerk
Gregory Denston - DCC