CLOSED, PaperDocuments

## U.S. District Court
### District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00492-GMS
### Internal Use Only

Denston v. Chapman et al  
Assigned to: Judge Gregory M. Sleet  
Demand: $120,000  
 Related Case:   1:06-cv-00650-GMS  
 Case in other court:  USCA, 06-01579  
Cause: 42:1983 Prisoner Civil Rights  

Date Filed: 07/14/2005  
Date Terminated: 02/01/2006  
Jury Demand: Plaintiff  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question  

**Plaintiff**

**Gregory A. Denston**  represented by  **Gregory A. Denston**  
SBI# 168692  
James T. Vaughn Correctional Center  
1181 Paddock Road  
Smyrna, DE 19977  
PRO SE  

V.

**Defendant**

**William L. Chapman**

**Defendant**

**Patricia Tate Stewart**

**Defendant**

**Julie Lorraine Faulconer**

**Defendant**

**Lorren Riley Faulconer**

**Defendant**

**Jos. Scott Shannon**

**Defendant**

**Quinnin Watson**

**Defendant**

**Does 1-3**

**Defendant**

**Vincent J. Poppiti**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/14/2005 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Gregory A. Denston. (Attachments: # 1 Financial Statement)(mwm, ) (Entered: 07/15/2005) |
| 07/14/2005 | 2 | COMPLAINT filed pursuant to 42:1983 with Jury Demand against Lorren Riley Faulconer, Jos. Scott Shannon, Quinnin Watson, Does 1-3, Vincent J. Poppiti, William L. Chapman, Patricia Tate Stewart, |

| | | |
|---|---|---|
| | | Julie Lorraine Faulconer - filed by Gregory A. Denston. (Attachments: # 1 Exhibit A [SEALED]# 2 Exhibit B [SEALED]# 3 Exhibit C [SEALED]# 4 Exhibit D [SEALED]# 5 Exhibit E# 6 Exhibit F [SEALED]# 7 Exhibit G# 8 Exhibit H [SEALED])(mwm, ) (Entered: 07/15/2005) |
| 07/20/2005 | | Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb, ) (Entered: 07/20/2005) |
| 07/29/2005 | 3 | Notice of Intent to present motion for consideration of complex litigation and request for counsel - filed by Gregory A. Denston. (asw ) Modified on 1/9/2006 (mmm). (Entered: 08/01/2005) |
| 08/02/2005 | 4 | ORDER granting Motion to Proceed IFP. Filing Fee of $250.00 Assessed. Plaintiff shall return a complete certified copy of his trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official at the institution at which the plaintiff is confined within 30 days. Failure to return the requested information shall result in dismissal of action without prejudice. (Copy to pltf.) Notice of Compliance deadline set for 9/1/2005. Signed by Judge Gregory M. Sleet on 8/2/05. (asw, ) (Entered: 08/02/2005) |
| 08/15/2005 | 5 | Letter to Whom It May Concern from Greg Denston regarding enclosed financial statement and requesting a copy of the docket sheet re 4 Order (PLRA) for Pay Authorization. (Attachments: # 1) (mmm) (Entered: 08/16/2005) |
| 08/15/2005 | 6 | Trust Fund Account Statement by Gregory A. Denston. (mmm) (Entered: 08/16/2005) |
| 08/17/2005 | 7 | Letter to Gregory Denston from the Clerk of Court acknowledging receipt of his letter requesting a copy of the docket. (asw ) (Entered: 08/18/2005) |
| 08/31/2005 | 8 | Plaintiff requested to submit authorization form. The plaintiff is required to pay an initial partial filing fee of $19.53. Failure to submit items within 30 days will result in dismissal of action without prejudice. (Copy to pltf. ). Notice of Compliance deadline set for 9/30/2005. Signed by Judge Gregory M. Sleet on 8/26/05. (mmm) (Entered: 08/31/2005) |
| 09/09/2005 | 9 | Authorization by Gregory A. Denston requesting Prison Business Office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (mmm) (Entered: 09/12/2005) |
| 09/20/2005 | | Initial Partial Filing Fee Received from Gregory A. Denston: $ 20.00, receipt number 140670 (rbe, ) (Entered: 09/20/2005) |
| 10/17/2005 | | Partial Filing Fee Received from Gregory A. Denston: $ 20.00, receipt number 140895 (rbe, ) (Entered: 10/17/2005) |
| 12/15/2005 | | Partial Filing Fee Received from Gregory A. Denston: $ 20.00, receipt number 141540 (copy to business office) (rbe, ) (Entered: 12/15/2005) |
| 01/05/2006 | | Partial Filing Fee Received from Gregory A. Denston: $ 2.84, receipt number 141752 (copy to business office) (bad, ) (Entered: 01/09/2006) |
| 01/20/2006 | | Partial Filing Fee Received from Gregory A. Denston: $ 5.56, receipt number 141989 (copy to business office) (rbe, ) (Entered: 01/23/2006) |
| 01/20/2006 | | Partial Filing Fee Received from Gregory A. Denston: $ 16.77, receipt number 141990 (copy to business office) (rbe, ) (Entered: 01/23/2006) |
| 02/01/2006 | 10 | MEMORANDUM and ORDER re 3 Motion for Appointment of counsel filed by Gregory A. Denston and 2 Complaint filed by Gregory A. Denston . Gregory Denston's complaint is DISMISSED without prejudice as frivolous and his motion for appointment of counsel is DENIED. Signed by Judge Gregory M. Sleet on 2/1/06. (mmm) (Entered: 02/01/2006) |
| 02/01/2006 | | CASE CLOSED (mmm) (Entered: 02/01/2006) |
| 02/13/2006 | 11 | NOTICE OF APPEAL of 10 Memorandum Opinion and Order. Appeal filed by Gregory A. Denston. Time of Filing: by mail. No fee paid. (mmm) Additional attachment(s) added on 2/14/2006 (mmm, ). (Entered: 02/14/2006) |
| 02/17/2006 | | Partial Filing Fee Received from Gregory A. Denston: $ 20.58, receipt number 142406 (copy to business office) (rbe, ) (Entered: 02/21/2006) |
| 02/17/2006 | | Partial Filing Fee Received from Gregory A. Denston: $ 20.17, receipt number 142405 (copy to business office) (rbe, ) (Entered: 02/21/2006) |